PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>   Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-00006-AC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty-nine (39) days from July 1, 2024 to August 9, 2024. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

response. Counsel has multiple merit briefs currently due in district court cases within the next week. Counsel for Defendant has also recently been dealing with a pinched nerve in the neck that has resulted in nerve pain in the left hand, upper extremity and neck that has limited his productivity. Counsel will also be out of the office July 3, 2024 through July 8, 2024, July 25, 2024 through July 29, 2024 and August 1, 2024 through August 5, 2024. Given competing workload requirements an extension until August 9, 2024 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT  
United States Attorney

DATE: June 28, 2024    By:    *s/ Oscar Gonzalez de Llano*  
OSCAR GONZALEZ DE LLANO  
Special Assistant United States Attorney  
Attorneys for Defendant

Respectfully submitted,

Law Offices of Stuart Barasch

DATE: June 28, 2024    By:    *s/ Stuart Barasch *  
Stuart Barasch  
(*as authorized by email)  
Attorney for Plaintiff

## ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 9, 2024, to respond to Plaintiff's Motion for Summary Judgment.

DATED: July 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE